**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

| | |
|---|---|
| IN RE: | CASE NO.: 24-73723-ast |
| | CHAPTER: 7 |
| Peter L. Rand | |
| aka Peter Leo Rand, | |
| | |
| Debtor. | |

-------------------------------------------------------------------X

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the motion, dated November 4, (the "Motion"), of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust ("Movant"), for an order, pursuant to 11 U.S.C. § 362 (d)(1)-(2), vacating the automatic stay to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor's premises located at 330 North Hickory Street, Massapequa, NY 11758 ("Collateral"); and upon the Certificate of No Objection dated November 29, 2024 filed by Movant, and the Motion having come before the Court; and upon all the proceedings had before the Court; and this Court, having considered the evidence presented and the arguments of the parties, and with good cause appearing therefor, it is hereby

**ORDERED**, that the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is hereby terminated pursuant to 11 U.S.C. Section 362(d)(1)-(2) for cause as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Collateral; and it is further

**ORDERED** that Movant is permitted to offer and provide Debtor with information regarding a potential Forbearance Agreement, short sale, deed in lieu, loan modification, Refinance Agreement, or other loan workout/loss mitigation agreement, and to enter into such agreement with Debtors without further order of the court, and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED**, that the Chapter 7 Trustee shall be served with a copy of the referee's report of sale within thirty (30) days of the report [if applicable], and shall be noticed with any surplus monies realized from the sale of the Collateral; and it is further

**ORDERED** that all other relief sought in the Motion is denied.



Dated: December 23, 2024
Central Islip, New York

_____
Alan S. Trust
Chief United States Bankruptcy Judge